**NORRIS McLAUGHLIN & MARCUS, P.A.**
721 Route 202/206, Suite 200
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700
Fax: (908) 722-0755
Attorneys for Defendant Celgene Corporation

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYLAN PHARMACEUTICALS INC.,<br><br>Plaintiff,<br><br>v.<br><br>CELGENE CORPORATION,<br><br>Defendant. | Civil Action No. 2:14 cv-02094-ES-MAH<br>Hon. Esther Salas, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>**DEFENDANT CELGENE CORPORATION'S**<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>RETURN DATE: JULY 7, 2014<br><br>ORAL ARGUMENT REQUESTED<br><br>**DOCUMENT FILED ELECTRONICALLY** |

TO:  Arnold B. Calmann (abc@saiber.com)
     Jakob B. Halpern (jbh@saiber.com)
     **SAIBER LLC**
     One Gateway Center, Suite 1000
     Newark, NJ 07102

     Michael S. Sommer (msommer@wsgr.com)
     **WILSON SONSINI GOODRICH & ROSATI**
     1301 Avenue of the Americas, 40th Floor
     New York, NY 10019

Seth C. Silber (ssilber@wsgr.com)
Jonathan R. Lutinski (jlutinski@wsgr.com)
Valentina V. Rucker (vrucker@wsgr.com)
Roisin Comerford (rcomerford@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI**
1700 K St N.W., 5th Floor
Washington, DC 20006

*Attorneys for Plaintiff Mylan Pharmaceuticals Inc.*

COUNSEL:

**PLEASE TAKE NOTICE** that on July 7, 2014, at 10:00 A.M. or as soon thereafter as counsel may be heard, the undersigned, attorneys for defendant, Celgene Corporation, shall apply to the Honorable Esther Salas, U.S.D.J, of the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for entry of an Order Dismissing the Complaint against Celgene Corporation for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Defendant shall rely upon the Certifications of Kevin D. McDonald and Daniel R. Guadalupe and the Brief in Support of Defendant Celgene Corporation's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L.Civ.R. 78.1(b), **oral argument is requested**; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

        **NORRIS, McLAUGHLIN & MARCUS**
        Attorneys for Defendant Celgene Corporation

        By:    s/ Daniel R. Guadalupe
                  A Member of the Firm

        **JONES DAY**
        Kevin D. McDonald, Esq.
        Admitted *pro hac vice*
        Attorneys for Defendant Celgene Corporation
        51 Louisiana Avenue, N.W.
        Washington, D.C. 20001-2113
        Office 1.202.879.3743
        kdmcdonald@jonesday.com

Dated: May 25, 2014