

**Norris McLaughlin & Marcus, P.A.**
ATTORNEYS AT LAW

721 Route 202-206
Suite 200
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

Direct Dial: (908) 252-4274
drguadalupe@nmmlaw.com

June 12, 2014

**VIA ECF**

Hon. Michael A. Hammer, U.S. Magistrate Judge
United States District Court, District of New Jersey
M.L. King Jr., Federal Building & Courthouse
4th Floor
50 Walnut Street
Newark, NJ 07102

> Re:   *Mylan Pharmaceuticals, Inc. v. Celgene Corporation*
>       U.S.D.C., District of New Jersey
>       Civil Action No.: 2:14-cv-02094-ES-MAH

Dear Judge Hammer:

As Your Honor is aware, this firm along with Jones Day, represents Defendant Celgene Corporation in the above-referenced matter. We have informed counsel for Plaintiff Mylan Pharmaceuticals that we are filing this letter.

As Your Honor will recall, at the Initial Scheduling Conference on June 3, 2014, Your Honor indicated that the submissions by the parties prior to the settlement conference would be due a day before the conference would be scheduled. Accordingly, we planned scheduling with our client and allocation of work on said submissions based on that schedule. On June 6, 2014, by way of a Text Order (Document No. 20), the date for the conference was set for June 19, 2014 but the deadline for submissions was set three days prior, or June 16, 2014 (instead of what we had been expecting would be a deadline of June 18, 2014).

On behalf of Celgene, we respectfully request leave to file the submissions (both the joint and separate submissions) by hand-delivery during the morning of June 18, 2014, and thus respectfully request modification of the Court's Text Order to so provide. This would give both parties and our respective clients adequate time to prepare and submit meaningful and informative submissions.



Bridgewater, NJ • New York, NY • Allentown, PA
www.nmmlaw.com

Hon. Michael A. Hammer, U.S. Magistrate Judge
June 12, 2014
Page 2

The Court's kind indulgence with respect to this logistical matter would be much appreciated.

Respectfully submitted,
NORRIS, McLAUGHLIN & MARCUS, P.A.

DANIEL R. GUADALUPE
A Member of the Firm

cc:    Counsel of Record (via ECF & PDF email)