

721 Route 202-206
Suite 200
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

Direct Dial: (908) 252-4274
drguadalupe@nmmlaw.com

June 19, 2014

**VIA ECF**

Hon. Esther Salas, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut St.
Newark, NJ 07101

    Re:    *Mylan Pharmaceuticals, Inc. v. Celgene Corporation*
             U.S.D.C., District of New Jersey
             Civil Action No.: 2:14-cv-02094-ES-MAH

Dear Judge Salas:

        This firm and Jones Day represent defendant Celgene Corporation ("Celgene").

        As Your Honor may be aware, on Tuesday the Federal Trade Commission ("FTC") filed a motion for leave to file an *amicus* brief in this matter. After conferring with counsel for Mylan, both parties consent to the Court entering an Order granting leave to the FTC to file its proposed brief.

        However, pursuant to L.Civ.R. 7.2(b), Celgene respectfully requests that it be permitted by the Court to file a 25 page reply brief, which is currently due on June 30, 2014 (that would be 10 pages in addition to what the local rules permit). This will enable Celgene to address the various points and arguments made by the FTC in its proposed *amicus* brief (which brief was not anticipated by Celgene). Mylan's counsel has consented to such expanded reply brief in order to preserve the July 7, 2014 return date.



Bridgewater, NJ • New York, NY • Allentown, PA
www.nmmlaw.com

Thank you for Your Honor's indulgence and consideration of this request.

Respectfully submitted,

NORRIS, McLAUGHLIN & MARCUS, P.A.

_____
DANIEL R. GUADALUPE
A Member of the Firm

DRG:fc

cc:
    (by ECF)
    All Counsel of Record