

721 Route 202-206
Suite 200
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

July 16, 2014

Direct Dial: (908) 252-4274
drguadalupe@nmmlaw.com

**VIA ECF**

Hon. Esther Salas, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut St.
Newark, NJ 07101

      Re:    *Mylan Pharmaceuticals, Inc. v. Celgene Corporation*
             U.S.D.C., District of New Jersey
             Civil Action No.: 2:14-cv-02094-ES-MAH

Dear Judge Salas:

      This firm and Jones Day represent Defendant Celgene Corporation ("Celgene") in the above-referenced matter. We write to reaffirm Celgene's request for oral argument to be heard with respect to its pending motion to dismiss this matter. Given the novel and complex issues of law raised in this motion and the importance of this case to the pharmaceutical industry, as demonstrated by the Federal Trade Commission's submission of an amicus brief, Celgene believes that oral argument would be beneficial to the Court in deciding the pending motion. Celgene conferred with Mylan regarding this request, and Mylan advised that it does not believe that oral argument is necessary, but recognizes that the Court can order oral argument in its discretion.

      We respectfully request that the Court set oral argument on Celgene's motion at a time convenient for the Court. Thank you for Your Honor's indulgence and consideration of this request.

                                      Respectfully submitted,

                                      NORRIS, McLAUGHLIN & MARCUS, P.A.

                                      DANIEL R. GUADALUPE
                                      A Member of the Firm

DRG:fc
cc:    Hon. Michael A. Hammer, U.S.M.J. (by hand)
       All Counsel of Record (by ECF)



Bridgewater, NJ • New York, NY • Allentown, PA
www.nmmlaw.com