

ATTORNEYS AT LAW

**Arnold B. Calmann**
(973) 645-4828
abc@saiber.com

June 16, 2014

**BY ECF & FEDERAL EXPRESS**

Honorable Esther Salas, U.S.D.J.
United States District Court
**Martin Luther King, Jr. Federal
Building and U.S. Courthouse**
50 Walnut Street
Newark, New Jersey 07101-0419

    Re:    *Mylan Pharmaceuticals Inc. v. Celgene Corp.*
            **Civil Action No. 14-2094 (ES) (MAH)**

Dear Judge Salas:

    Our firm, along with Wilson Sonsini Goodrich & Rosati, represents plaintiff Mylan Pharmaceuticals Inc. ("Mylan") in the above matter. We write in response to defendant Celgene Corporation's July 16, 2014 letter requesting oral argument for its pending Motion to Dismiss Mylan's Complaint (ECF No. 33).

    Celgene requested oral argument in connection with its Motion, but Mylan did not do so in its opposition papers. We recognize, of course, that it is within the Court's discretion as to whether to schedule oral argument of the parties, and we leave that decision to Your Honor's judgment.

    To the extent it is of assistance to the Court in considering Celgene's request, we note, as discussed in Mylan's opposition, that two previous courts — including Judge Hillman in our District — found that nearly identical allegations to those contained in Mylan's 380-paragraph Complaint were sufficient to state a claim under the antitrust laws relating to Celgene's anticompetitive scheme involving its branded drugs, Thalomid and Revlimid. Those courts rejected the same arguments that Celgene makes in this case. In addition, the FTC's amicus brief in this case exposes Celgene's incorrect legal positions, cautions that Celgene's alleged conduct can cause serious harm to competition in the pharmaceutical industry, and further attests that oral argument is unnecessary and that the Motion can be decided on the papers.

    Accordingly, Mylan respectfully submits that oral argument is unnecessary to decide Celgene's pending motion to dismiss.

Saiber LLC · 18 Columbia Turnpike · Suite 200 · Florham Park, New Jersey · 07932 · Tel 973.622.3333 · Fax 973.622.3349 · www.saiber.com

Florham Park  ·  Newark  ·  New York  ·  Atlantic City  ·  Point Pleasant Beach

Honorable Esther Salas, U.S.D.J.
July 16, 2014
Page 2

We thank the Court for its consideration in this matter.

Respectfully submitted,

Arnold B. Calmann

ABC/jbh

cc:   Hon. Michael A. Hammer, U.S.M.J. (by ECF & Federal Express)
      All Counsel of Record (by ECF & email)