# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

### Minutes of Proceedings

Judge:   **Esther Salas**              DECEMBER 9, 2014
                                        Date of Proceedings

Court Reporter:  Lynne Johnson

Deputy Clerk:  Philip Selecky

**Title of Case**:                     Docket # **CV. 14-2094 (ES)**

Mylan Pharmaceuticals, Inc. v. Celgene Corporation

**Appearances**:
Arnold Calmann, Esq, Jakob Halpern, Esq, Jonathan Jacobson, Esq, Daniel Weick, Esq, & Seth Silber, Esq, for the plaintiff.
Daniel Guadalupe, Esq, Kevin McDonald, Esq, Mark Lentz, Esq, Roseanna McCalips, Esq, Maria Pasquale, Esq, & Ailyn Abin, Esq, for the defendant.

**Nature of Proceedings**: Hearing on the defts, motion to dismiss. Decision Reserved.

Time Commenced: 12:00 p.m.
Time Adjourned:  3:05 p.m.
Total Time: 3.05

                                        Philip Selecky, Deputy Clerk