<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MYLAN PHARMACEUTICALS, INC., : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 14-2094 (ES) |
| v. : | |
| : | ORDER |
| CELGENE CORPORATION, : | |
| : | |
| Defendant. : | |

**SALAS, DISTRICT JUDGE**

It is, on this 22nd day of December 2014,

ORDERED that Plaintiff's motion to dismiss the Complaint, (D.E. No. 17) is denied *without prejudice* in part and granted in part; and it is further

ORDERED that counts 5-7 of the Complaint are dismissed *without prejudice*; and it is further

ORDERED that the portions of counts 8 and 9 of the Complaint arising under New Jersey Antitrust Act Section 56:9-3 are dismissed *without prejudice*; and it is further

ORDERED that Plaintiff's motion to dismiss the Complaint is denied with respect to all remaining counts.

s/*Esther Salas*
**Esther Salas, U.S.D.J.**