# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

### Minutes of Proceedings

```
Judge:   Esther Salas              FEBRUARY 23, 2015
                                   Date of Proceedings
Court Reporter:  Lynne Johnson

Deputy Clerk:  Philip Selecky
```

**Title of Case**:                        Docket # **CV. 14-2094 (ES)**

Mylan Pharmaceuticals, Inc. v. Celgene Corporation

**Appearances**:
Arnold Calmann, Esq, Jakob Halpern, Esq, & Seth Silber, Esq, for the plaintiff.
Daniel Guadalupe, Esq, Kevin McDonald, Esq, Roseanna McCalips, Esq, & Eric Jacobi, Esq, for the defendant.

**Nature of Proceedings**: STATUS CONFERENCE (Telephone)
Hearing on the defts, application for a stay of discovery.
Decision Reserved.

```
Time Commenced: 4:30 p.m.
Time Adjourned: 5:00 p.m.
Total Time: 30 Minutes
```

                                        Philip Selecky, Deputy Clerk