

**Arnold B. Calmann**
**(973) 645-4828**
abc@saiber.com

March 5, 2015

**BY ECF & FEDERAL EXPRESS**

Honorable Esther Salas, U.S.D.J.
United States District Court
**Martin Luther King, Jr. Federal**
**Building and U.S. Courthouse**
50 Walnut Street
Newark, New Jersey 07101-0419

      Re: *Mylan Pharmaceuticals Inc. v. Celgene Corp.*
            **Civil Action No. 14-2094 (ES) (MAH)**

Dear Judge Salas:

      Our firm, along with Wilson Sonsini Goodrich & Rosati, represents plaintiff Mylan Pharmaceuticals Inc. ("Mylan") in the above matter.

      We write to inform Your Honor that the Third Circuit Court of Appeals has denied defendant Celgene Corporation's Petition for Leave to File Interlocutory Appeal from Your Honor's Order and Opinion herein.  A copy of the Third Circuit's Order denying Celgene's Petition is enclosed herewith.

      We respectfully submit that, as a result of the Third Circuit's Order, Celgene's pending Motion to Stay is now moot.  Accordingly, Mylan respectfully requests that the Court schedule a conference to consider the parties' Joint Discovery Plan (ECF No. 64), and to implement a schedule in this matter so that the parties may move forward expeditiously.

Honorable Esther Salas, U.S.D.J.
March 5, 2015
Page 2

    We thank the Court for its assistance and consideration in this matter.

                  Respectfully submitted,

                  Arnold B. Calmann

ABC/jbh
Enclosure

cc:    Hon. Michael A. Hammer, U.S.M.J. (w/encl., by ECF & Federal Express)
       All Counsel of Record (w/encl., by ECF & email)