UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 27, 2015
DCO-042

No. 15-8017

MYLAN PHARMACEUTICALS, INC.

v.

CELGENE CORPORATION,
Petitioner

(D.N.J. No. 2-14-cv-02094)

Present: FISHER, SHWARTZ and SLOVITER, Circuit Judges

1. Petition by Petitioner for Permission to Appeal under 28 U.S.C. Section 1292(b);

2. Motion filed by Washington Legal Foundation to Proceed as Amicus Curiae in Support of Petitioner with Brief in Support;

3. Response by Respondent to Petition for Permission to Appeal under 28 U.S.C. Section 1292(b) with Request for Answer to be Construed as Cross Petition for Leave to Appeal in the Event that the Original Petition is Granted;

4. Motion by Petitioner for Leave to File a Reply to Response to Petition for Permission to Appeal under 28 U.S.C. Section 1292(b) with Request for Answer to be Construed as Cross Petition for Leave to Appeal in the Event that the Original Petition is Granted;

5. Reply by Petitioner to Response to Petition for Permission to Appeal under 28 U.S.C. Section 1292(b) with Request for Answer to be Construed as Cross Petition for Leave to Appeal in the Event that the Original Petition is Granted;

6. Response by Respondent to Motion by Petitioner for Leave to File a Reply to Response to Petition for Permission to Appeal under 28 U.S.C. Section 1292(b) with Request for Answer to be Construed as Cross Petition for Leave to Appeal in the Event that the Original Petition is Granted.

Respectfully,
Clerk/mlr

_____ORDER_____
The foregoing Petition and Cross Petitions for Permission to Appeal are denied.
The foregoing Motion to Proceed as Amicus Curiae is granted.
The foregoing Motion to file a reply is granted.

By the Court,

*s/ D. Michael Fisher*
Circuit Judge

Dated: March 5, 2015

cc: Kevin D. McDonald, Esq.
    Cory L. Andrews, Esq.
    Daniel P. Weick, Esq.

A True Copy:

Marcia M. Waldron, Clerk