

**Saiber**
ATTORNEYS AT LAW

Arnold B. Calmann
(973) 645-4828
abc@saiber.com

April 6, 2015

**BY ELECTRONIC FILING and FIRST CLASS MAIL**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
**Martin Luther King, Jr. Federal
Building and U.S. Courthouse**
50 Walnut Street
Newark, New Jersey 07101-0419

Re:   *Mylan Pharmaceuticals Inc. v. Celgene Corp.*
      **Civil Action No. 14-2094 (ES) (MAH)**

Dear Judge Hammer:

Our firm, along with Wilson Sonsini Goodrich & Rosati, represents plaintiff Mylan Pharmaceuticals Inc. ("Mylan") in the above matter.

Pursuant to the Court's Scheduling Order (ECF No. 79), Local Civil Rule 5.3(b)(2), and Local Patent Rule 2.2, we enclose for Your Honor's consideration a proposed Discovery Confidentiality Order ("Order") that has been agreed upon by Mylan and defendant Celgene Corporation ("Celgene"). In support of the entry of the within Order, we have also enclosed for Your Honor's consideration the Certification of Seth Silber on behalf of Mylan.

If the enclosed Order meets with Your Honor's approval, we would very much appreciate if Your Honor would execute the Order and have it filed with the Clerk of the Court.

We thank the Court for its consideration and understanding in this matter. Naturally, if the Court has any questions, we would be pleased to respond at the Court's convenience.

Respectfully submitted,

Arnold B. Calmann

/gla
Enclosure
cc:   All Counsel of Record (w/encl., by email)

Saiber LLC • One Gateway Center • 10th Floor, Suite 1000 • Newark, New Jersey • 07102 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com

01031444.DOCX     Florham Park • Newark • New York • Atlantic City • Point Pleasant Beach