UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYLAN PHARMACEUTICALS INC., | |
| Plaintiff, | Hon. Esther Salas |
| | Civil Action No. 14-2094 (ES) |
| v. | |
| | AMENDMENT TO PRETRIAL |
| CELGENE CORPORATION, | SCHEDULING ORDER |
| Defendant. | |

**THIS MATTER** having come before the Court for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on March 23, 2015; and this Court having entered a Pretrial Scheduling Order in this case on March 23, 2015 [Dkt. No. 79]; and the Court having received joint correspondence from the Parties on May 5, 2015, seeking clarification of the Pretrial Scheduling Order; and for good cause shown:

**IT IS** on this _13th_ day of May 2015,

**ORDERED THAT:**

The Pretrial Scheduling Order is hereby modified as follows:

1. The May 8, 2015 deadline for service of initial written discovery in Paragraph II.4 of the Pretrial Scheduling Order applies to party discovery only and does not apply to subpoenas served on third parties under Fed. R. Civ. P. 45, which subpoenas shall be served and be returnable by the close of fact discovery on January 11, 2016.

2. The May 8, 2015 deadline for service of initial written discovery in Paragraph II.4 of the Pretrial Scheduling Order does not preclude the parties from serving on each other subsequent, narrowly-tailored discovery requests (such as interrogatories, document request and/or requests for admission), provided:

    a. such discovery requests shall be responded to within thirty (30) days of receipt; and

    b. such discovery requests must be returnable by the close of fact discovery on January 11, 2016.

3. Written responses and objections to all discovery requests propounded on or before May 8, 2015 are due thirty (30) days after May 8, 2015.

4. The parties shall have ninety (90) days from service of discovery to produce documents, complete their substantive answers to interrogatories, and respond to requests for admission.

5. All other terms and requirements of the Pretrial Scheduling Order not modified herein shall remain in full force and effect.

_____
Hon. Michael A. Hammer
United States Magistrate Judge

Original:   Clerk of the Court
cc:         Hon. Esther Salas, U.S.D.J.
            All Parties
            File