

Arnold B. Calmann
(973) 645-4828
abc@saiber.com

May 22, 2015

**BY ECF & FEDERAL EXPRESS**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
**Martin Luther King, Jr. Federal
Building and U.S. Courthouse**
50 Walnut Street
Newark, New Jersey 07101-0419

      Re:   *Mylan Pharmaceuticals Inc. v. Celgene Corp.*
               **Civil Action No. 14-2094 (ES) (MAH)**

Dear Judge Hammer:

     Our firm, along with Wilson Sonsini Goodrich & Rosati, represents plaintiff Mylan Pharmaceuticals Inc. ("Mylan") in the above matter.

     Pursuant to the Court's Scheduling Order (ECF No. 79), we enclose for Your Honor's consideration a proposed Electronically Stored Information Protocol ("ESI Protocol") that has been agreed upon by Mylan and defendant Celgene Corporation. If the enclosed ESI Protocol meets with Your Honor's approval, we would very much appreciate if Your Honor would execute same and have it filed with the Clerk of the Court.

     We thank the Court for its consideration and understanding in this matter. Naturally, if the Court has any questions, we would be pleased to respond at the Court's convenience.

                                    Respectfully submitted,

                                    Arnold B. Calmann

ABC/jbh
Enclosure

   cc:   All Counsel of Record (w/encl., by ECF & email)