UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MYLAN PHARMACEUTICALS INC., | : | |
| Plaintiff, | : | Hon. Esther Salas |
|  | : | Civil Action No. 14-2094 (ES) |
| v. | : | |
| CELGENE CORPORATION, | : | |
|  | : | AMENDED SCHEDULING ORDER |
| Defendant. | : | |

**THIS MATTER** having come before the Court for a telephone status conference on the record on August 19, 2015; and for the reasons set forth on the record at the conference; and for good cause shown:

**IT IS on this 19th day of August 2015,**

**ORDERED THAT:**

1. Responses to all document-production requests for which there is no dispute shall be served by **September 18, 2015.**

2. Any dispute regarding written discovery must be submitted by or before **October 30, 2015.**

   a. If the parties' good faith efforts to meet and confer under L. Civ. R. 37.1(a)(1) are unsuccessful, they shall submit a joint letter that sets forth: (a) the specific discovery requested; (b) the response; (c) efforts to resolve the dispute; (d) why the complaining party believes the information is relevant and why the responding party's response continues to be deficient, including citations to appropriate caselaw; and (e) why the responding party believes the response is sufficient. No further submissions regarding the dispute may be submitted without leave of Court. If necessary, the Court will thereafter schedule a telephone conference to resolve the dispute.

3. Any written discovery that the Court orders to be produced following resolution of a discovery dispute shall be served **within forty-five days** of the Court's Order resolving that dispute, unless the Court orders otherwise.

4. All fact discovery shall be completed on or before **February 2, 2016.**

5. All affirmative expert reports shall be delivered by **March 11, 2016**. Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B).

6. All responding expert reports shall be delivered by **May 11, 2016**. Any such report shall be in the form and content as described above.

7. All rebuttal expert reports shall be delivered by **June 13, 2016**. Any such report shall be in the form and content as described above.

8. All expert discovery, including the completion of depositions, shall be completed by **July 31, 2016.**

*s/ Michael A. Hammer*
**Hon. Michael A. Hammer**
**United States Magistrate Judge**