

721 Route 202-206
Suite 200
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

November 2, 2015

**BY ECF AND FEDERAL EXPRESS**

The Hon. Michael A. Hammer
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
Courtroom MLK 3C
50 Walnut Street
Newark, New Jersey 07101

    Re:    *Mylan Pharmaceuticals, Inc. v. Celgene Corp.*, Civ. No. 14-2094 (ES)(MAH)

Dear Judge Hammer:

    This letter is submitted on behalf of defendant Celgene Corporation in response to the Motion to Seal filed by plaintiff Mylan Pharmaceuticals, Inc., [Dkt. No. 132-2]. Mylan's motion pertains entirely to confidential documents and information belonging to Celgene, which Mylan referenced in or attached to its opposition supplemental letter brief [Dkt. No. 131, Dkt. No. 131-2, Dkt. No. 131-3]. Celgene affirms that the information at issue in Mylan's motion is Celgene's private, proprietary business information, the public disclosure of which may pose a substantial risk of harm to Celgene's legitimate business interests and competitive position. Celgene has set out in its own motion to seal (which addresses the same opposition supplemental letter brief, together with other confidential items) the factual background and its legal argument with respect to these materials, *see* [Dkt. No. 120], and as to the instant motion, agrees with Mylan that the standard for sealing under Local Civil Rule 5.3 has been satisfied. For such reason, and for the reasons explained in Mylan's moving brief [Dkt No. 132], Celgene respectfully joins in Mylan's request that the materials addressed in Mylan's motion be sealed.[1]

Respectfully submitted,

**NORRIS, McLAUGHLIN & MARCUS**

/s/ Daniel R. Guadalupe

Daniel R. Guadalupe

---

[1] Because Celgene's motion to seal, [Dkt. No. 120], addresses a broader set of documents and information than encompassed by this motion, Celgene does not intend this response to be construed as a withdrawal of its own motion, and respectfully submits that both motions should be granted.



Bridgewater, NJ • New York, NY • Allentown, PA
www.nmmlaw.com

The Hon. Michael A. Hammer
November 2, 2015
Page 2

cc: (via ECF and courtesy email):

Arnold B. Calmann, Esq.
Jakob B. Halpern, Esq.
Seth Silber, Esq.
Counsel of Record