# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYLAN PHARMACEUTICALS INC., <br> Plaintiff, <br> v. <br> CELGENE CORPORATION, <br> Defendant. | Civil Action No. 14-2094 (ES) (MAH) <br><br> Hon. Esther Salas, U.S.D.J. <br><br> Hon. Michael Hammer, U.S.M.J. <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mylan Pharmaceuticals Inc. and Defendant Celgene Corporation hereby stipulate to the dismissal of the above-captioned action with prejudice. Each party shall bear its own costs and attorneys' fees.

*s/Arnold B. Calmann*
Arnold B. Calmann, Esq. (Attorney for Plaintiff Mylan Pharmaceuticals Inc.)

*s/Daniel R. Guadalupe*
Daniel R. Guadalupe, Esq. (Attorney for Defendant Celgene Corporation)

**SO ORDERED.**

Hon. Esther Salas, U.S.D.J.

Dated: August 9, 2019